1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  ANTHONY LUNA,                                    CASE NO. 07cv0999 DMS CAB

12                                  Plaintiff,       **ORDER REQUESTING**
                                                     **SUPPLEMENTAL BRIEFING**
13          vs.                                      [Doc. 24]

14
    SEARS LIFE INSURANCE COMPANY, A
15  Corporation; DOES 1-20,

16                                 Defendant.

17

18          Pending before the Court is Defendant's motion for summary judgment. The Court heard oral

19  argument on November 9, 2007. Gordon Churchill and Raul Cadena appeared on behalf of Plaintiff;

20  and Peter Klee and Seth Friedman appeared on behalf of Defendant. Thereafter, Plaintiff requested

21  leave to file a supplemental opposition, and Defendant opposed the request (Doc. 24).

22          The Court requests supplemental briefing on the following issues: (1) On what date was

23  Defendant first aware of (a) Plaintiff's identity, and (b) that Plaintiff was a beneficiary under the

24  Policy? (2) When, if ever, did Plaintiff complete a Claim Form? (3) Assuming Defendant could not

25  have acted in bad faith without knowing Plaintiff's identity as a beneficiary, is summary judgment

26  appropriate on the issue of whether Defendant acted in bad faith between the time it became aware

27  Plaintiff was a beneficiary and the date of payment of benefits to Plaintiff?

28  / / /

1    The parties' briefs shall not exceed 10 pages in length and shall be filed on or before November

2  26, 2007.

3  **IT IS SO ORDERED.**

4

5  DATED:  November 15, 2007

6  _____

7  HON. DANA M. SABRAW
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28